■ ST. LUKE'S-ROOSEVELT HOSPITAL CENTER, Respondent, v BRIAN WING, as Acting Social Services Commissioner of the State of New York, et al., Appellants. [672 NYS2d 726] —Order and judgment (one paper), Supreme Court, New York County (Alice Schlesinger, J.), entered on or about April 8, 1997, unanimously affirmed for the reasons stated by Schlesinger, J., without costs or disbursements. No opinion. Concur—Ellerin, J. P., Nardelli, Rubin, Andrias and Saxe, JJ.